In the Matter of R & L DISTRIBUTORS, INC., Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets, Respondent.—

885

Reynolds, J. P., Staley, Jr., Cooke, Greenblott and Sweeney, JJ., concur.